UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 7, 2014

_____

RESPONSE REQUESTED
_____

No.  14-1728,    James Dillon v. BMO Harris Bank, N.A.
                 1:13-cv-00897-CCE-LPA

TO:   Garth Asher Gersten
      Ann  Ferebee
      Mark  Vasco
      Jonathan Reid Reich
      Matthew C. Sostrin
      Mary Kathryn Mandeville
      Kevin Scott Ranlett
      Michael Peter Carey
      Debra Lee Bogo-Ernst
      Eric A. Pullen
      Reid C. Adams
      Leslie Sara Hyman
      Etan  Tepperman
      Lucia  Nale
      Eric  Rieder

RESPONSE DUE: **08/21/2014**

Response is required to the motion to dismiss. Response(s) must be filed by the response due date shown in this notice.

Barbara H. Rowe, Deputy Clerk
804-916-2704