FILED: October 2, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1728
(1:13-cv-00897-CCE-LPA)

JAMES DILLON,

        Plaintiff – Appellee,

  v.

BMO HARRIS BANK, N.A.; GENERATIONS FEDERAL CREDIT UNION; BAY CITIES BANK,

        Defendants – Appellants,

  and

FOUR OAKS BANK & TRUST COMPANY,

        Defendant.

O R D E R

The Appellants seek to appeal the district court's order denying their renewed motions to compel arbitration. Dillon has moved to dismiss the appeal. We defer ruling on the motion pending briefing on the merits.

For the Court

/s/ Patricia S. Connor, Clerk